## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DERRICK LAMONT RUSSELL**                                    **PLAINTIFF**

v.                                  **No. 4:26-cv-174-DPM**

**ERIC S. HIGGINS, Sheriff,**                                   **DEFENDANT**
**Pulaski County**

### ORDER

This case is closely related to two other cases open in the Eastern District of Arkansas: *Russell v. Martin*, No. 4:25-cv-487-KGB, and *Russell v. Martin*, No. 4:25-cv-1305-KGB. In the interest of judicial economy and consistent rulings, the Court directs the Clerk to transfer this case to Chief United States District Judge Kristine G. Baker by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 March 2026